United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JOHAN RAMON BAEZ ALVAREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-814** |
| | § | |
| **TODD BLANCHE, *et al.*,**[1] | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 12).

The Court **ORDERS** Respondents to file supplemental briefing **by May 29, 2026**, that addresses these issues:

- Petitioner's allegation that he experienced an "attempted extrajudicial removal" to Mexico on April 24, 2026, (Dkt. No. 1 at 6; Dkt. No. 1-3 at 2);
- Petitioner's claim that his detention resulted from a violation of the Fourth Amendment, (Dkt. No. 1-3 at 2).

Petitioner may file a reply **by June 5, 2026**.

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court: Rio Grande Detention Center, 1001 San Rio Blvd., Laredo, TX 78046.

---

[1] Todd Blanche is automatically substituted for Merrick Garland in this case under Federal Rule of Civil Procedure 25(d). Markwayne Mullin is automatically substituted for Alejandro Mayorkas in this case under the same rule. Todd Lyons is automatically substituted for Patrick J. Lechleitner in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

John A. Kazen
United States District Judge